IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v<br><br>JOSHUA J. THORNTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CRIMINAL NO. W13-843M<br><br>**INFORMATION**<br>[Count One: 18 U.S.C. §§7(3) & 13 and<br>T.P.C. § 49.04 – Driving While Intoxicated |

**FILED**

SEP 0 6 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04]

On or about September 1, 2013, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, Defendant

JOSHUA J. THORNTON

did drive and operate a motor vehicle in a public place while intoxicated, in violation of Section 49.04 of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

ROBERT PITMAN
United States Attorney

By: _____
TIMOTHY J. DOWNING
Special Assistant United States Attorney

UNSEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:       SEPTEMBER 6, 2013        MPR #: 04805-13       CASE NO. W13-843M
COUNTY:     BELL
JUDGE:      JEFFREY MANSKE
S.A.U.S.A.: TIMOTHY J. DOWNING

**DEFENDANT:**

JOSHUA J. THORNTON

**OFFENSES & MAXIMUM PUNISHMENT**

Count One: 18 U.S.C. §§7(3) & 13 and T.P.C. § 49.04– Driving While Intoxicated: Minimum 3 days, Maximum 6 months Confinement; $2,000 fine; $10 SA.